

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2017

No. 04-17-00118-CR

Roxanne Y. **CHAVEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0769
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The court reporter in this case filed Volumes 1 through 3 and Volume 5 with State's Exhibit 1 (Parts 1-18) of the reporter's record on June 16, 2017. The court reporter submitted Volume 4, but it is not considered filed because it lacks the court reporter's signature. The clerk of this court informed the court reporter of the need to resubmit Volume 4 of the reporter's record with a signature via phone voice mail.

Volume 4 of the reporter's record has not been resubmitted with a signature. Accordingly, we ORDER court reporter Mary Beth Sasala to file Volume 4 of the reporter's record on or by **July 31, 2017**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2017.



Luz Estrada
Chief Deputy Clerk